1  CHRISTOPHER M. KELLER, ESQ.
   NEVADA Bar No. 7399
2  PYATT SILVESTRI & HANLON
   701 Bridger Ave., Suite 600
3  Las Vegas, Nevada 89101
   (702) 383-6000
4
   Attorneys for Defendants
5

6           UNITED STATES DISTRICT COURT

7           FOR THE SOUTHERN DISTRICT OF NEVADA

8

9  NATALIE HUDSON, individually,          )
                                          )
10         Plaintiff,                     )   CASE NO. 2:11-cv-01169-JMC-RJJ
                                          )
11 vs.                                    )
                                          )
12 GEICO INSURANCE AGENCY, INC.,          )
   a foreign Corportation and DOES 1 through 10, )
13 inclusive and ROE CORPORATIONS 1 through )
   100, inclusive                         )
14                                        )
           Defendants.                    )
15                                        )
                                          )
16 _____)

17      **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**
                        No Hearing Date
18
   IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto,
19
   through their respective counsel of record, that is, NADIA von MAGDENKO, ESQ., on behalf
20
   of Plaintiff, NATALIE HUDSON; and CHRISTOPHER M. KELLER, ESQ., of the law firm of
21
   PYATT SILVESTRI & HANLON, on behalf of Defendant, GEICO GENERAL INSURANCE
22
   COMPANY, that Plaintiff's Complaint be dismissed with prejudice, each party to bear their own
23
   costs.
24
   . . .
25
   . . .
26
   . . .
27
   . . .
28

1  DATED this _____ day of December, 2011.

2  von MAGDENKO & ASSOCIATES, PLLC    PYATT SILVESTRI & HANLON

4  _____    _____
   NADIA von MAGDENKO, ESQ.           CHRISTOPHER M. KELLER, ESQ.
5  Nevada Bar NO. 7945                 Nevada Bar No. 7399
   624 South 9th Street                701 Bridger Avenue, Suite 600
6  Las Vegas, Nevada  89101            Las Vegas, Nevada  89101
   Attorneys for Plaintiff             Attorneys for Defendant

**IT IS SO ORDERED** January 19, 2012.

_____
**U. S. DISTRICT COURT JUDGE**

Stipulation for Dismissal with Prejudice and Order
Natalie Hudson vs. Geico Insurance Agency, Inc., et al.
CASE NO. 2:11-cv-01169-JMC-RJJ