```
1  CHRISTOPHER M. KELLER, ESQ.
   NEVADA Bar No. 7399
2  PYATT SILVESTRI & HANLON
   701 Bridger Ave., Suite 600
3  Las Vegas, Nevada 89101
   (702) 383-6000
4
   Attorneys for Defendants
5
```

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| NATALIE HUDSON, individually, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GEICO INSURANCE AGENCY, INC., )<br>a foreign Corportation and DOES 1 through 10, )<br>inclusive and ROE CORPORATIONS 1 through )<br>100, inclusive )<br>)<br>Defendants. )<br>)<br>_____) | CASE NO. 2:11-cv-01169-JMC-RJJ |

### STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER
**No Hearing Date**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel of record, that is, NADIA von MAGDENKO, ESQ., on behalf of Plaintiff, NATALIE HUDSON; and CHRISTOPHER M. KELLER, ESQ., of the law firm of PYATT SILVESTRI & HANLON, on behalf of Defendant, GEICO GENERAL INSURANCE COMPANY, that Plaintiff's Complaint be dismissed with prejudice, each party to bear their own costs.

. . .

. . .

. . .

. . .

DATED this ___ day of December, 2011.

| von MAGDENKO & ASSOCIATES, PLLC | PYATT SILVESTRI & HANLON |
|---|---|
| /s/ Nadia von Magdenko | /s/ Christopher M. Keller |
| NADIA von MAGDENKO, ESQ. | CHRISTOPHER M. KELLER, ESQ. |
| Nevada Bar NO. 7945 | Nevada Bar No. 7399 |
| 624 South 9th Street | 701 Bridger Avenue, Suite 600 |
| Las Vegas, Nevada  89101 | Las Vegas, Nevada  89101 |
| Attorneys for Plaintiff | Attorneys for Defendant |

**IT IS SO ORDERED** January 19, 2012.

_____
**U. S. DISTRICT COURT JUDGE**

Stipulation for Dismissal with Prejudice and Order
Natalie Hudson vs. Geico Insurance Agency, Inc., et al.
CASE NO. 2:11-cv-01169-JMC-RJJ